No. 698. WARNER COAL CORP. *v.* COSTANZO TRANSPORTATION CO. ET AL. January 2, 1945. Petition for writ of cer-

tiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Robert J. Bulkley* and *James A. Butler* for petitioner. *Mr. Carl O. Schmidt* for respondents.